```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

YOOMI BABYTECH, INC.,

                                    Plaintiff,            ORDER SCHEDULING TELEPHONE
                                                          CONFERENCE
            -against-
                                                          20-CV-7933 (ER)
ANVYL, INC., RODNEY MANZO,
VITALPURE, LLC, FEEL WELL, LLC,
LEGACY CHEMICAL CORPORATION,
AND MCTRON TECHNOLOGIES, LLC,

                                    Defendants.
----------------------------------------------------------------X
```

**USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #:_____ DATE FILED: 04/26/2021**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

This case has been referred to me for settlement purposes (docket no. 90).  A telephone conference will be held on **Tuesday, May 18, 2021 at 12:00 p.m.** in advance of a settlement conference.  The parties are directed to review Judge Parker's Individual Practices at http://nysd.uscourts.gov/judge/Parker concerning settlement conferences in advance of the call.  Counsel for the parties are directed to call Judge Parker's Chambers court conference line at the scheduled time.  **Please dial (866) 434-5269, Access code: 4858267**.

SO ORDERED.

Dated: April 26, 2021
       New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge