UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

YOOMI BABYTECH, INC.,

                                                          Plaintiff,

                                    -against-

ANVYL, INC., RODNEY MANZO,
VITALPURE, LLC, FEEL WELL, LLC,
LEGACY CHEMICAL CORPORATION,
AND MCTRON TECHNOLOGIES, LLC,

                                                       Defendants.

---------------------------------------------------------------X

**ORDER ADJOURNING TELEPHONE CONFERENCE**

20-CV-7933 (ER)

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

      In light of the Order of Referral to Judge Katharine H. Parker having been removed by the SDNY Clerk's Office on April 5, 2021, the Pre-settlement Telephone Conference currently scheduled for **May 18, 2021** is hereby adjourned *sine die*.

      SO ORDERED.

Dated: May 6, 2021
       New York, New York

                                                          _____
                                                          KATHARINE H. PARKER
                                                          United States Magistrate Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 05/06/2021